AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-00305 |
| | ) Assigned To : Harvey, G. Michael |
| AHMIR LAVON MERRELL | ) Assign. Date : 11/9/2023 |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) Description: Complaint W/ Arrest Warrant |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   November 7, 2023   in the county of _____ in the _____ District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 922(n) | Illegal Receipt of a Firearm by a Person Under Indictment |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

James M. Soltes, Specal Agent, U.S. Capitol Police
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date:   11/09/2023

*Judge's signature*

City and state:   Washington, DC         G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*